Dismissed and Memorandum Opinion filed January 15, 2009








Dismissed
and Memorandum Opinion filed January 15, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00503-CV

____________

 

BRUCE A. RICHARDS, Appellant

 

V.

 

SANJUANA MARTINEZ, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 837822

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 3, 2008.  On January 9, 2009, appellant
filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Guzman, and Sullivan.